TO WHOM IT MAY CONCERN

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 09 2015
Abel Acosta, Clerk

THE STATE OF TEXAS. US
CHARRY M. SHEPHARD WAS NOT
FAIR TO MY SON. I AM THE PARNET
CONNELL SHEPHARD SR. WE HIRE
I THOUGHT ATTORNEX THAT WOULD
BE FAIR AND HONEST WITH MY
SON.

I DON'T HAVE ANY MONEY
NOW. BECAWE OF THE APPEAL ALL
THE LAXYBR JUST TOOK OUR
MONEY. EVEN THOSE THE ROGORD
WILL SHOW HE WAS TO GET
HELP WITH PROBATION AND TRIAL
WE NEVER DID. I HAVE NO MORE
MONEY NOW AND NO ATTORNEY
WILL DO THIS CASE PRO BONO
I AM JUST A RETIRE WONNER IF I
CAN GET SOME NEW HELP AND
MORE INFORMATION. TO HELP MY
SON. THE CASE NO# (05-13-00291 CN.)
HE IS ON HIS WAY TO PRISON NOW.
AS A PARNET I NEED HELP.
CSHEPHARD 50 @ HOTMAIL.COM  THANK YOU
469-761-5988          CONNELL SHEPHARD SR.